[No. 28292-1-I.  Division One.  December 28, 1992.]

MAU DINH DUONG, *Appellant*, v. LIEU KIM LUONG,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-18053-7, Marsha J. Pechman, J., entered
March 27, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Agid, J., Coleman, J., dissenting.

[No. 28727-3-I.  Division One.  December 28, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. MORRIS
M. ANGEL, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07473-7, Nancy A. Holman, J., entered
June 3, 1991. *Reversed* by unpublished opinion per Baker,
J., concurred in by Pekelis and Forrest, JJ.

[No. 26432-0-I.  Division One.  December 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TEXAS
JOSEPH HAWKE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06341-3, Warren Chan, J., entered June
25, 1990. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Coleman and Forrest, JJ.

[No. 29717-1-I.  Division One.  December 28, 1992.]

TERESA HARTLEY, *Appellant*, v. 1001 FOURTH AVENUE
ASSOCIATES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-17560-0, Jerome M. Johnson, J., entered
November 6, 1991. *Affirmed* by unpublished per curiam
opinion.